1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KERI SARGENT,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

Defendant.

Case No. 2:16-02149-RFB-PAL

**ORDER**

(Am. Compl. – ECF No. 6)

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Keri Sargent has submitted an Amended Complaint (ECF No. 6) in accordance with the court's Screening Order (ECF No. 4) dismissing the original complaint with leave to amend.  The court has reviewed the Amended Complaint and finds that it cures the deficiencies noted in the screening order.

Accordingly,

**IT IS ORDERED**:

1.  The Clerk of Court shall issue summons to the United States Attorney for the District of Nevada and deliver the summons and Amended Complaint to the U.S. Marshal for service.

2.  Plaintiff shall serve the Commissioner of the Social Security Administration by sending a copy of the summons and Amended Complaint by certified mail to: (1) Office of Regional Chief Counsel, Region IX, Social Security Administration, 160 Spear St., Suite 899, San Francisco, California 94105-1545; and (2) the Attorney General of the United States, Department of Justice, 950 Pennsylvania Avenue, N.W., Room 4400, Washington, D.C. 20530.

3.  Following the filing of an answer, the court will issue a scheduling order setting a briefing schedule.

4.  From this point forward, Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon the attorney, a copy of every pleading, motion or other document submitted for the court's consideration.  Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was personally served or sent by mail to the Defendant or counsel for the Defendant.  The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk of the Court, and any paper received by a district judge, magistrate judge or the Clerk that fails to include a certificate of service.

Dated this 8th day of November, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE