DANIEL G. BOGDEN
United States Attorney
District of Nevada

SHARON LAHEY
Assistant Regional Counsel
U.S. Social Security Administration
California State Bar No. 263027
160 Spear Street, Suite 800
San Francisco, California 94105
Phone: (415) 977-8963
Facsimile: (415) 744-0134
Sharon.Lahey@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| KERI A. SARGENT,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,[1] Acting Commissioner Of Social Security,<br><br>    Defendant. | Case No. 2:16-cv-02149-RFB-PAL<br><br>**DEFENDANT'S FIRST UNOPPOSED MOTION TO EXTEND TIME** |

NANCY A. BERRYHILL, Acting Commissioner Of Social Security (Defendant or the Commissioner) hereby moves this Honorable Court to grant her unopposed motion for a 30-day extension of time to respond to the complaint filed in the above-captioned matter and serve a certified copy of the transcript of the administrative record. The current deadline is February 13, 2017, and the new deadline would be March 15, 2017. This is the first extension of time requested in the above-

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

UNOPPOSED MOT. FOR EXTENSION & PROPOSED ORDER         (CASE NO. 2:16-cv-02149-RFB-PAL)

1

captioned matter.  Defendant requests this additional time due to an inter-agency delay in finalizing the certified administrative record for service.  Counsel for Keri A. Sargent (Plaintiff) has stated that Plaintiff does not oppose the Commissioner's request for additional time.  The Commissioner further respectfully requests that the scheduling order in the above-captioned matter be modified accordingly.

                              Respectfully submitted,

Dated: February 9, 2017                DANIEL G. BOGDEN
                              United States Attorney

                              By:  */s/ Sharon Lahey*
                              SHARON LAHEY
                              Assistant Regional Counsel

## **ORDER**

     Pursuant to Defendant's motion and the parties' agreement, good cause appearing, IT IS SO ORDERED.

Dated: February 10, 2017                            
                              HON. PEGGY A. LEEN
                              UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
District of Nevada

SHARON LAHEY
Assistant Regional Counsel
U.S. Social Security Administration
California State Bar No. 263027
160 Spear Street, Suite 800
San Francisco, California 94105
Phone: (415) 977-8963
Facsimile: (415) 744-0134
Sharon.Lahey@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| KERI A. SARGENT,<br><br>   Plaintiff,<br><br>   vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner Of Social Security,<br><br>   Defendant. | Case No. 2:16-cv-02149-RFB-PAL<br><br>**CERTIFICATE OF SERVICE** |

I, Sharon Lahey, Assistant Regional Counsel, hereby certify that the following individual was served a copy of the foregoing **DEFENDANT'S FIRST UNOPPOSED MOTION TO EXTEND TIME** on February 9, 2017:

CM/ECF:
Richard E. Donaldson, Esq., Chtd.
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Email: gunlawyer@aol.com

Dated this 9th day of February 2017

*/s/ Sharon Lahey*
SHARON LAHEY
Assistant Regional Counsel