STEVEN W. MYHRE
Acting United States Attorney
District of Nevada

SHARON LAHEY, CSBN 263027
Assistant Regional Counsel
U.S. Social Security Administration
California State Bar No. 263027
160 Spear Street, Suite 800
San Francisco, California 94105
Phone: (415) 977-8963
Facsimile: (415) 744-0134
Sharon.Lahey@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| KERI A. SARGENT, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner Of Social Security, <br><br> Defendant. | Case No. 2:16-cv-02149-RFB-PAL <br><br> **DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME** |

NANCY A. BERRYHILL, Acting Commissioner Of Social Security (Defendant or the Commissioner) hereby moves this Honorable Court to grant her unopposed motion for a 30-day extension of time to file her response to Keri A. Sargent's (Plaintiff) motion for reversal and/or remand (Docket Number 23). The new deadline would be September 11, 2017. This is the second extension of time requested in the above-captioned matter. Defendant requests this additional time due to defense counsel's inadvertent mis-calendaring of the deadline for filing the Commissioner's response. Plaintiff's counsel has stated that Plaintiff does not oppose the Commissioner's request for additional

time. The Commissioner further respectfully requests that the scheduling order in the above-captioned matter be modified accordingly.

Respectfully submitted,

Dated: August 14, 2017

STEVEN W. MYHRE
United States Attorney


By: */s/ Sharon Lahey*
SHARON LAHEY
Assistant Regional Counsel

## **ORDER**

Pursuant to Defendant's motion and the parties' agreement, IT IS SO ORDERED. Defendant shall file her response to Plaintiff's motion for reversal and/or remand or before September 11, 2017. All other deadlines are modified accordingly.

Dated: August 17, 2017.

RICHARD F. BOULWARE, II
United States District Judge

```
1  STEVEN W. MYHRE
   United States Attorney
2  District of Nevada

3  SHARON LAHEY
4  Assistant Regional Counsel
   U.S. Social Security Administration
5  California State Bar No. 263027
   160 Spear Street, Suite 800
6  San Francisco, California 94105
7  Phone: (415) 977-8963
   Facsimile: (415) 744-0134
8  Sharon.Lahey@ssa.gov

9  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| KERI A. SARGENT, | Case No. 2:16-cv-02149-RFB-PAL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner Of Social Security, | |
| Defendant. | |

I, Sharon Lahey, Assistant Regional Counsel, hereby certify that the following individual was served a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME** on August 14, 2017:

    CM/ECF:
    Richard E. Donaldson, Esq., Chtd.
    2300 West Sahara Avenue, Suite 800
    Las Vegas, Nevada 89102
    Email: gunlawyer@aol.com

Dated this 14th day of August 2017           */s/ Sharon Lahey*
                                                     SHARON LAHEY
                                                     Assistant Regional Counsel